# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Lavrick Willocks, et. al., | ) | Case No. 4:12-cr-175 |
| | ) | |
| Defendant. | ) | |

On July 2, 2014, the Government filed a motion to correct the spelling of the name of defendant number 10, misidentified in the Third Superseding Indictment as "Kimberly Carol-Jean Hudson." It states that a typographical error was made when drafting the Third Superseding Indictment and that the proper spelling of defendant number 10's name is Kimberly Carlo-Jean Hudson.

The court **GRANTS** the Government's motion (Docket No. 412). Going forward defendant number 10 shall be properly identified as Kimberly Carlo-Jean Hudson. The Clerk's office shall reissue the arrest warrant to reflect the corrected name.

**IT IS SO ORDERED.**

Dated this 3rd day of July, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court